DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICHARD DiRENZO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2265

_____

March 4, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Pasco County; Mary M. Handsel, Judge.

PER CURIAM.

    Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.